JEREMY L. BORDELON
Evergreen Disability Law
465 NE 181st Ave, #500
Portland, OR 97230
P: 503-888-9331
F: 503-928-3533
Email: jeremy@evergreendisability.com

DAVID F. CHERMOL
Chermol & Fishman LLC
11450 Bustleton Avenue
Philadelphia, PA  19116
PA Bar ID. 79520
P: 215-464-7200
F: 215-464-7224
Email: fdc@ssihelp.us

*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **PAULINE LIZETTE HERNANDEZ**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:23-cv-01646-AR |
| v. | ) |
| | ) **ORDER re EAJA FEES** |
| **MARTIN O'MALLEY,** | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

AND NOW, this   2nd   day of   October   2024, having considered Plaintiff's Motion for Attorney's Fees, it is hereby ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of $8,561.70.  Subject to any offset under the

Treasury Offset Program, payment of this award shall be made via the Law Offices of Chermol & Fishman, LLC. If EAJA fees and costs are not subject to any offset and an assignment is provided to SSA, the award shall be paid directly to the order of David F. Chermol, Esquire.

BY THE COURT:

Dated this 2nd day of October 2024.

\_\_/s/ Jeff Armistead_____
U.S. Magistrate Judge

**Order**  Civ. Act. No. 3:23-cv-01646-AR